**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 30, 2019.**



**In the**

# Fourteenth Court of Appeals

---

**NO. 14-18-00222-CV**

---

**IN RE MARK ANTHONY FORNESA; JUDY THANH FORNESA; RICARDO FORNESA, JR.; AND CYNTHIA FORNESA, Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law No. 1**
**Fort Bend County, Texas**
**Trial Court Cause No. 17-CCV-060874**

---

## MEMORANDUM OPINION

On March 28, 2018, relators Mark Anthony Fornesa; Judy Thanh Fornesa; Ricardo Fornesa, Jr.; and Cynthia Fornesa filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. The

respondent is the Honorable Christopher G. Morales, presiding judge of County Court at Law No. 1 of Fort Bend County.

The underlying case was appealed to this court, and relators' remedy, if any, is through the appeal. *See Walker v. Packer*, 827 S.W.2d 833, 840 (Tex. 1992); *Fornesa v. Fifth Third Mortg. Co.*, No. 14-18-00045-CV (Tex. App.—Houston [14th Dist.] filed Jan. 24, 2018).

We deny the requested relief. All other pending motions are denied.


PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.